# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5014

**Roor International BV and Sream, Inc.**

Plaintiff

vs.

**Smokers Alley Inc. d/b/a Smoker's Zone and Mohammad Irfan Patel**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Amended Complaint For Injunctive Relief and Damages; Exhibits**

PARTY SERVED: **MOHAMMAD IRFAN PATEL**

PERSON SERVED: **FODIAJPATEL, WIFE**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **2/10/2020**.

DATE & TIME OF DELIVERY: **02/08/2020 at 3:40 PM**

ADDRESS, CITY AND STATE: **8208 N NEW ENGLAND AVE, NILES, IL 60714**

DESCRIPTION: **East Indian, Female, 35, 5'5", 140 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____  
Steven A. Stosur, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 10th day of February, 2020.

_____  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #:

Tracking #: **428527**